STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOSEPH JAMES FONTANA, DEFENDANT-APPELLANT.

Submitted December 21, 1953—Decided January 4, 1954.

*Mr. Joseph James Fontana, in propria persona.*

*Mr. Donald G. Collester* for the respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of the Superior Court, Appellate Division.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT. WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*For reversal*—None.